UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERENIK YZEIRAJ,<br><br>        Plaintiff,<br><br>    v.<br><br>RESTORATION ROBOTICS, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-03883-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Guerrini v. Restoration Robotics, Inc. et al.*, Case No. 18-CV-03712-EJD.

**IT IS SO ORDERED.**

Dated: July 17, 2018

_____
BETH LABSON FREEMAN
United States District Judge